IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK K. ANDERSON, JR.,

                Plaintiff,

   v.

CHAPPELL ROAN, HAROLD NALE,               OPINION and ORDER
EILENE NALE, CHANGE HEALTHCARE INC,
UPPER PENINSULA HEALTH GROUP,               25-cv-365-jdp
DANA GORNEY, VANESSA HAUENSTEIN,
COLUMBIA CORRECTIONAL INSTITUTION,
and TC SOLUTIONS,

                Defendants.

---

      Plaintiff Mark K. Anderson, proceeding without counsel, is a prisoner at Columbia Correctional Institution. Anderson filed a complaint alleging a wide range of unrelated misconduct by prison officials, private citizens, and public and private entities. In my previous order, I concluded that Anderson's complaint violated Federal Rule of Civil Procedure 20 by joining claims together that did not belong in the same lawsuit; I gave him a chance to pick which lawsuit he wanted to pursue under this case number. Dkt. 11.

      Anderson has responded that he wishes to pursue his claims related to his allegations that his former landlords Harold and Eilene Nale violated Wisconsin law by renting property to him without a signed contract and that they later wouldn't allow him onto the premises to retrieve his possessions. Dkt. 12. The problem for Anderson is that his allegations support claims only under state law. Without a federal-law claim in this case, this federal court cannot consider Anderson's state-law claims unless he were to show that the requirements for the court's diversity jurisdiction are met: that he and defendants are citizens of different states and

that more than $75,000 is in controversy. 28 U.S.C. § 1332. But Anderson states that both he and the Nales are Wisconsin citizens. So I will dismiss this case for lack of jurisdiction.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for lack of subject matter jurisdiction.

2. The clerk of court is directed to enter judgment accordingly and close the case.

Entered June 27, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge